September 25, 1981.

437 A.2d 1030

Commonwealth v. Andreassi, Appellant.

 Submitted March 17, 1981. John J. Morgan, for appellant; David A. Hepting, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, BROSKY and MONTEMURO, JJ.

Judgment of sentence affirmed.

PRICE, J., did not participate in the consideration or decision of this case.

437 A.2d 1030

Commonwealth v. Bertoty, Appellant.

 Argued September 9, 1980. John Charles Webb, Jr., for appellant; Alan Sacks, Assistant District Attorney, for Commonwealth, appellee.

Before BROSKY, WATKINS and MONTGOMERY, JJ.

Order affirmed.